LINDA A. SCHWARTZ, by OTTO SCHWARTZ, Her Guardian ad Litem, Respondent, *v.* GEORGE PETFIELD, Appellant.

OTTO SCHWARTZ, Respondent, *v.* GEORGE PETFIELD, Appellant.

Submitted July 14, 1954; decided July 14, 1954.

*Edward H. Kavinoky* for motion.
*William H. Earl* for cross motion.

Motion to dismiss appeals granted unless defendant serves and files stipulation for judgment absolute as to each action within ten days, in which event motion denied. Cross motion by defendant for leave to file stipulation for judgment absolute as to each action granted provided that the stipulation be served and filed within ten days.